Case 2:18-cv-05375-CFK   Document 9   Filed 02/26/19   Page 1 of 3
Case MDL No. 2879   Document 200   Filed 02/20/19   Page 1 of 3
Case 8:19-md-02879-PWG   Document 22   Filed 02/21/19   Page 1 of 3

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MARRIOTT INTERNATIONAL, INC.,
CUSTOMER DATA SECURITY BREACH
LITIGATION                                                              MDL No. 2879

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On February 6, 2019, the Panel transferred 4 civil action(s) to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2019). Since that time, no additional action(s) have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable Paul W. Grimm.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Maryland and assigned to Judge Grimm.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 6, 2019, and, with the consent of that court, assigned to the Honorable Paul W. Grimm.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 20, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 2/21/19
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By_____ Deputy

Case 2:18-cv-05375-CFK   Document 9   Filed 02/26/19   Page 2 of 3
Case MDL No. 2879   Document 200   Filed 02/20/19   Page 2 of 3
Case 8:19-md-02879-PWG   Document 22   Filed 02/21/19   Page 2 of 3

IN RE: MARRIOTT INTERNATIONAL, INC.,
CUSTOMER DATA SECURITY BREACH
LITIGATION                                                                  MDL No. 2879

### SCHEDULE CTO-1 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 18–10173 | Dianne King v. Marriott International, Inc. PWG-19-499 |
| CAC | 2 | 18–10234 | Cina Nouri et al v. Marriott International, Inc. et al PWG-19-500 |
| CAC | 2 | 18–10324 | Janel Sempre v. Marriott International, Inc. et al PWG-19-501 |
| CAC | 2 | 18–10390 | Sean Silver et al v. Marriott International, Inc. et al PWG-19-502 |
| CAC | 2 | 18–10490 | Sean DeMarco et al v. Marriott International, Inc. PWG-19-503 |
| CAC | 5 | 18–02545 | Cynthia Husebo et al v. Marriott International, Inc. et al PWG-19-504 |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 4 | 18–07358 | Grady et al v. Marriott International, Inc. et al PWG-19-505 |
| CAN | 4 | 19–00557 | Winkelstein v. Marriott International, Inc., et al PWG-19-506 |
| **CONNECTICUT** | | | |
| CT | 3 | 18–01982 | Dorfman v. Marriott International, Inc. et al PWG-19-507 |
| CT | 3 | 18–01983 | Kimmel et al v. Marriott International, Inc. et al PWG-19-508 |
| CT | 3 | 18–02005 | Rapak v. Marriott International, Inc. et al PWG-19-509 |
| CT | 3 | 18–02050 | Allen et al v. Marriott International, Inc. et al PWG-19-510 |
| CT | 3 | 18–02080 | Golin et al v. Marriott International, Inc. et al PWG-19-511 |
| CT | 3 | 18–02131 | Skinner et al v. Marriott International, Inc. et al PWG-19-512 |
| CT | 3 | 19–00025 | Meter et al v. Marriott International, Inc. et al PWG-19-513 |
| CT | 3 | 19–00084 | Durant v. Marriott International, Inc. et al PWG-19-514 |
| CT | 3 | 19–00145 | Costa et al v. Marriott International, Inc. et al PWG-19-515 |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 19–60131 | Axelrod v. Marriott International, Inc. et al PWG-19-516 |
| FLS | 1 | 18–25136 | Braun v. Marriott International, Inc. PWG-19-517 |
| FLS | 1 | 18–25243 | Bittner v. Marriott International Inc. PWG-19-518 |
| FLS | 1 | 18–25285 | Aigen v. Marriott International Inc. et al PWG-19-519 |
| FLS | 1 | 18–25292 | Mendez et al v. Marriott International, Inc. et al PWG-19-520 |
| FLS | 1 | 19–20354 | Fisher v. Marriott International, Inc. et al PWG-19-521 |

Case 2:18-cv-05375-CFK   Document 9   Filed 02/26/19   Page 3 of 3
Case MDL No. 2879   Document 200   Filed 02/20/19   Page 3 of 3
Case 8:19-md-02879-PWG   Document 22   Filed 02/21/19   Page 3 of 3

**ILLINOIS NORTHERN**

| | | | | |
|---|---|---|---|---|
| ILN | 1 | 18–08007 | Susan Goldfine Raab v. Marriott International, Inc. et al | PWG-19-522 |
| ILN | 1 | 19–00565 | Benwitz v. Marriott International, Inc. | PWG-19-523 |
| ILN | 1 | 19–00609 | Murphy v. Marriott International, Inc. | PWG-19-524 |

**NEW JERSEY**

| | | | | |
|---|---|---|---|---|
| NJ | 1 | 18–17060 | GAMBURG v. MARRIOTT INTERNATIONAL, INC. | PWG-19-525 |

**NEW YORK EASTERN**

| | | | | |
|---|---|---|---|---|
| NYE | 2 | 19–00206 | Barkley v. Marriot International, Inc. | PWG-19-526 |

**NEW YORK SOUTHERN**

| | | | | |
|---|---|---|---|---|
| NYS | 1 | 18–11740 | Mortensen v. Marriott International, Inc. | PWG-19-527 |

**OREGON**

| | | | | |
|---|---|---|---|---|
| OR | 3 | 18–02119 | Johnson et al v. Marriott International, Inc. | PWG-19-528 |

**PENNSYLVANIA EASTERN**

| | | | | |
|---|---|---|---|---|
| PAE | 2 | 18–05375 | LAZARUS v. MARRIOTT INTERNATIONAL, INC. | PWG-19-529 |